UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of benefit of SOURCE HELICOPERTS, DIVISION OF ROGERS HELICOPTERS, INC., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; and DOES I-V and ROE CORPORATIONS I-V<br><br>Defendants. | Case No. 2:19-CV-01602-JCM-EJY<br><br>**ORDER** |

Before the Court is the Motion for Extension of Time to Answer or Otherwise Respond by Defendant, Sayers Construction, LLC, to Use-Plaintiff's Original Complaint (ECF No. 11).

Based on Defendant's representation that the Motion for Extension of Time to Answer or Otherwise Respond by Defendant, Sayers Construction, LLC, to Use-Plaintiff's Original Complaint is unopposed,

IT IS HEREBY ORDERED that Defendant's Motion (ECF No. 11) is GRANTED.

DATED: October 17, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1