David E. Zerhusen
Nevada Bar No. 14154
COZEN O'CONNOR
3753 Howard Hughes Pkwy, Ste. 200
Las Vegas, NV  89169
Telephone: 702.470.2330
Facsimile: 702.470.2370
Email: dzerhusen@cozen.com

Amy B. Alderfer
Nevada Bar No. 15004
COZEN O'CONNOR
1299 Ocean Ave, Ste. 900
Santa Monica, CA 90401
Telephone: 213.892.7941
Facsimile: 213.784.9067
Email: aalderfer@cozen.com

Casey Griffith
Texas Bar No. 24036687 (*Pro Hac Vice*)
Michael Barbee
Texas Bar No. 24082656 (*Pro Hac Vice*)
Maeghan Whitehead
Texas Bar No. 24075270 (*Pro Hac Vice*)
GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Rough Street, Suite 710
Dallas, TX 75201
Telephone: 214-446-6020
Facsimile: 214-446-6021
Email: Casey.Griffith@griffithbarbee.com
Email: Michael.Barbee@griffithbarbee.com
Email: Maeghan.Whitehead@griffithbarbee.com
Attorneys for Sayers Construction, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of Benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., a California corporation, | Case No.:  2:19-cv-1602-JCM-EJY |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR SAYERS CONSTRUCTION, LLC TO FILE RESPONSE TO USE-PLAINTIFF'S MOTION TO DISMISS SAYERS CONSTRUCTION, LLC'S COUNTERCLAIMS** |
| vs. | |
| SAYERS CONSTRUCTION, LLC, a Texas limited liability company, PHILADELPHIA INDEMNITY INSURANCE COMPANY, a PENNSYLVANIA corporation, and DOES I-V and ROE CORPORATIONS I-V, | |
| Defendants. | |

Pursuant to LR IA 6-1, Division of Rogers Helicopters, Inc. ("Rogers"), Use-Plaintiff in this action, and Defendant Sayers Construction, LLC ("Sayers") (collectively, the "Stipulating Parties") hereby stipulate as follows:

1.  Sayers' time to file its Response to Rogers' Motion to Dismiss Sayers' Counterclaims (Dkt. No. 30) is hereby extended fifteen (15) days.  Any response brief submitted in response to Rogers' Motion to Dismiss Sayers' Counterclaims shall be filed on or before Tuesday, January 21, 2020.

2.  Sayers' time to file a Response Brief in Opposition to Rogers' Motion to Dismiss Sayers' Counterclaims (Dkt. No. 30) is hereby extended to Tuesday, January 21, 2020.

3.  Sayers' request was made in good faith. Sayers' counsel requested that Sayers and Rogers agree to this proposed joint stipulation in light of Sayers' counsel's travel schedule the weeks of December 23, 2019, and December 30, 2019. Rogers' counsel agreed to an extension of Sayers' deadline to respond to Rogers' Motion to Dismiss Sayers' Counterclaims from January 6, 2020, to January 21, 2020.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEGAL\44222114\1

1    The Stipulating Parties respectfully submit the foregoing and request that the Court enter the

2    Order included below.

3    Respectfully submitted this 31st day of December 2019.

4                                    **COZEN O'CONNOR**

5

6    By: */s/ Amy B. Alderfer*
        DAVID E. ZERHUSEN
7        Nevada Bar No. 14154
        3753 Howard Hughes Pkwy, Ste. 200
8        Las Vegas, NV  89169
        Telephone: 702-470-2330
9        Facsimile: 702-470-2370
        Email:  dzerhusen@cozen.com

10       AMY B. ALDERFER
        Nevada Bar No. 15004
11       1299 Ocean Ave, Ste. 900
        Santa Monica, CA 90401
12       Telephone: 213-892-7941
        Facsimile: 213-784-.9067
13       Email:  aalderfer@cozen.com

14   **GRIFFITH BARBEE PLLC**

15       CASEY GRIFFITH (*Pro Hac Vice*)
        Texas Bar No. 24036687
16       MICHAEL BARBEE (*Pro Hac Vice*)
        Texas Bar No. 24082656
17       MAEGHAN WHITEHEAD (*Pro Hac Vice*)
        Texas Bar No. 24075270
18       One Arts Plaza
        1722 Routh Street, Suite 710
19       Dallas, TX  75201
        Telephone:  214-446-6020
20       Facsimile: 214-446-6021
        Email:  Casey.Griffith@griffithbarbee.com
21       Email:  Michael.Barbee@griffithbarbee.com
        Email:  Maeghan.Whitehead@griffithbarbee.com

22       Attorneys for Defendant and Counterclaim-
        Plaintiff Sayers Construction, LLC

23

24

25

26

27

28

3

1

**CLARK HILL, PLLC**

2

By: */s/ Bert Wuester Jr.*
3   Creighton Sebra, Esq.
1055 West Seventh Street, 24th Floor
4   Los Angeles, California 90017
Ph. (213) 891-9100; fax (213) 488-1178
5   Email: CSebra@ClarkHill.com

6   Bert Wuester Jr., Esq.
CLARK HILL, PLLC
7   3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89161
8   Ph. (702) 862-8300; fax (702) 862-8400
Email: bweuster@clarkhill.com
9   Attorneys for Use-Plaintiff

10

11

IT IS SO ORDERED:
12

13

_____
14   UNITED STATES DISTRICT JUDGE

15                    January 6, 2020
DATED: _____
16

17

18

19

20

21

22

23

24

25

26

27

28

4

LEGAL\44222114\1