KARL O. RILEY
Nevada Bar No. 12077
COZEN O'CONNOR
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: koriley@cozen.com

CASEY GRIFFITH
Texas Bar No. 24036687 (Admitted *Pro Hac Vice*)
MICHAEL BARBEE
Texas Bar No. 24082656 (Admitted *Pro Hac Vice*)
MAEGHAN WHITEHEAD
Texas Bar No. 24075270 (Admitted *Pro Hac Vice*)
GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Routh Street, Suite 710
Dallas, TX  75201
Telephone:  214-446-6020
Facsimile: 214-446-6021
Email: casey.griffith@griffithbarbee.com
Email: michael.barbee@griffithbarbee.com
Email: maeghan.whitehead@griffithbarbee.com

Attorneys for Defendant and Counterclaim-
Plaintiff Sayers Construction, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of Benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company PHILADELPHIA INDEMNITY INSURANCE COMPANY, a PENNSYLVANIA corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>Defendants. | Case No.:  2:19-cv-1602-JCM-EJY<br><br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT AND COUNTERCLAIM-PLAINTIFF SAYERS CONSTRUCTION, LLC'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER ALLOWING CERTAIN DEPOSITIONS TO BE TAKEN** |

1

Sayers Construction, LLC ("Sayers") and Use-Plaintiff, Source Helicopters, Division of Rogers Helicopters, Inc. ("Plaintiff" or "Rogers"), by and through their attorneys, hereby stipulate and request that the Court extend the deadline for Sayers to file its response to Plaintiff's Motion for Order Allowing Certain Depositions To Be Taken (the "Motion") by one business day from April 8, 2021, to April 9, 2021. Pursuant to the Court's Minute Entry in Chambers [Dkt. #64], Sayers' deadline to respond to the Motion is April 8, 2021. Counsel for Sayers and counsel for Plaintiff conferred via teleconference on April 8, 2021, and agreed to a one-day extension. Accordingly, Sayers respectfully requests the Court to extend Sayers' deadline to file its response to the Motion to April 9, 2021.

Dated: April 8, 2021

| | |
|---|---|
| **GRIFFITH BARBEE PLLC** | **CLARK HILL PLLC** |
| By /s/ Maeghan Whitehead, Esq.<br>Casey Griffith, Esq. (pro hac vice)<br>Michael Barbee, Esq. (pro hac vice)<br>Maeghan Whitehead, Esq. (pro hac vice)<br>One Arts Plaza<br>1722 Routh Street, Suite 710<br>Dallas, Texas 75201<br>Ph. (214) 446-6020; fax (214) 446-6021<br>Email: casey.griffith@griffithbarbee.com<br>Email: michael.barbee@griffithbarbee.com<br>Email: maeghan.whitehead@grffithbarbee.com | By /s/ Bert Wuester Jr., Esq.<br>D. Creighton Sebra, Esq. (pro hac vice)<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, California 90017<br>Ph. (213) 891-9100; fax (213) 488-1178<br>Email: CSebra@ClarkHill.com<br><br>Bert Wuester Jr., Esq. (NSBN 5556)<br>CLARK HILL, PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Ph. (702) 862-8300; fax (702) 862-8400<br>Email: bwuester@clarkhill.com<br>Attorneys for Use-Plaintiff |
| Karl O. Riley, Esq. (NSBN 12077)<br>Cozen O'Connor<br>3753 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>Ph. (702) 470-2330; fax (702) 470-2370<br>Email: koriley@cozen.com<br>Attorneys for Defendants, Sayers Construction, LLC | |

**IT IS SO ORDERED:**

_/s/ Elayna J. Youchah_
**U.S. MAGISTRATE JUDGE**

**DATED:** April 9, 2021

3