**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., | Case No. 2:19-CV-1602 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| SAYERS CONSTRUCTION, LLC, et al., | |
| Defendant(s). | |

Presently before the court is defendant Sayers Construction, LLC's ("Sayers") motion for a one-week deadline extension to file responses in opposition to and replies in support of pending motions for summary judgment. (ECF No. 78). Defendant Philadelphia Indemnity Insurance Company does not oppose the extension but Use-Plaintiff Source Helicopters, Division of Rogers Helicopters, Inc.'s ("Rogers") does.

With good cause appearing, the motion (ECF No. 78) is GRANTED. Fed. R. Civ. P. 6(b)(1). The parties shall have until June 25, 2021 to oppose the pending motions for summary judgment and until July 14, 2021 to file reply briefing.

IT IS SO ORDERED.

DATED June 14, 2021.

_____
UNITED STATES DISTRICT JUDGE