KARL O. RILEY
Nevada Bar No. 12077
COZEN O'CONNOR
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: koriley@cozen.com

CASEY GRIFFITH
Texas Bar No. 24036687 (Admitted *Pro Hac Vice*)
MICHAEL BARBEE
Texas Bar No. 24082656 (Admitted *Pro Hac Vice*)
MAEGHAN WHITEHEAD
Texas Bar No. 24075270 (Admitted *Pro Hac Vice*)
GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Routh Street, Suite 710
Dallas, TX 75201
Telephone: 214-446-6020
Facsimile: 214-446-6021
Email: casey.griffith@griffithbarbee.com
Email: michael.barbee@griffithbarbee.com
Email: maeghan.whitehead@griffithbarbee.com

Attorneys for Defendant and Counterclaim-
Plaintiff Sayers Construction, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of Benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company PHILADELPHIA INDEMNITY INSURANCE COMPANY, a PENNSYLVANIA corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>Defendants. | Case No.: 2:19-cv-1602-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR *JOINT PRETRIAL ORDER***<br>**(First Request)** |

1

ClarkHill\J1161\390788\266768661.v1-4/11/22

Use-Plaintiff, Source Helicopters, Division of Rogers Helicopters, Inc. ("Plaintiff" or "Rogers"), and Defendants, Sayers Construction, LLC ("Sayers") and Philadelphia Indemnity Insurance Company ("PIIC"), by and through their attorneys, hereby stipulate and request the Court extend the parties' deadline to file the Joint Pretrial Order. In support of this stipulation and request, the following is provided, pursuant to LR IA 6-1:

The deadline for filing the Joint Pretrial Order in this action is currently set for Wednesday, April 13, 2022. This deadline was triggered by the Court's March 14, 2022 Order on the parties' cross-motions for summary judgment [Dkt. #92]. On March 21, 2022, counsel for Sayers tried to call counsel for Plaintiff to discuss logistics regarding the Joint Pretrial Order and to propose a mediation in light of the Court's guidance provided by the March 14, 2022 Order and followed up via email. Counsel for Sayers and counsel for Plaintiff spoke about logistics regarding the Joint Pretrial Order on March 23, 2022, and counsel for Plaintiff represented a draft of the Joint Pretrial Order would be circulated on or by April 1, 2022. Unfortunately, a draft was not circulated until April 6, 2022, at 3:26 pm PT. Sayers and PIIC contend they have not had an opportunity to confer with Plaintiff on objections. Counsel for Sayers sent an email on Friday, April 8, 2022, at 1:53 pm PT and requested a continuance to complete the Joint Pretrial Order based on the state of the draft. Counsel for PIIC responded on Friday, April 8 at 2:17 pm PT and agreed an extension would be necessary and supported a stipulated extension. To date, Sayers or PIIC have not provided specific revisions Plaintiff's draft of the Joint Pretrial Order.

Counsel for Sayers has, and will continue to have, an unusually busy docket, including but not limited to the following deadlines and events:

- March 28, 2022 – Deadline for reply brief in Texas state court appeal
- April 4, 2022 – Deposition in Texas state court lawsuit
- April 6, 2022 – Deadline to file responsive briefing to dispositive motion practice in Texas state court lawsuit

- April 7, 2022 – In-person hearing on dispositive motion practice in Texas state court lawsuit
- April 19, 2022 – Deposition in Eastern District of Texas lawsuit
- April 20, 2022 – Deposition in Texas state court lawsuit
- April 20, 2022 – In-person hearing in Texas state court lawsuit
- April 22, 2022 – In-person hearings and depositions in Texas state court lawsuits
- May 2, 2022 – Deadline for expert disclosures in Eastern District of Texas lawsuit
- May 3, 2022 – Deposition in Texas state court lawsuit

These events have and will take away time from the adequate preparation of the Joint Pretrial Order. Additional time is necessary to complete parties' respective sections of the Joint Pretrial Order and to meaningfully confer on their respective objections to witness, exhibit, and deposition designations.

Counsel for Sayers and counsel for PIIC have conferred via teleconference and propose a mediation could be productive in light of the Court's March 14, 2022 Order on the parties' cross-motions for summary judgment [Dkt. #92].

In consideration of the above, the parties submit good cause is present for their request for an extension of the current deadline for the Joint Pretrial Order. The parties propose the current April 13, 2022 deadline for filing the Joint Pretrial Order shall be extended to **Wednesday, May 11, 2022.**

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

3

| | |
|---|---|
| **GRIFFITH BARBEE, PLLC**<br><br>By */s/ Casey Griffith*<br>Casey Griffith, Esq. (pro hac vice)<br>Michael Barbee, Esq. (pro hac vice)<br>Maeghan Whitehead, Esq. (pro hac vice)<br>Dallas Flick, Esq. (pro hac vice pending)<br>One Arts Plaza<br>1722 Routh Street, Suite 710<br>Dallas, Texas 75201<br>Ph. (214) 446-6020; fax (214) 446-6021<br>Email: casey.griffith@griffithbarbee.com<br>Email: Michael.barbee@griffithbarbee.com<br>Email: maeghan.whitehead@grffithbarbee.com<br>Email: dallas.flick@griffithbarbee.com<br><br>Karl O. Riley (NSBN 12077)<br>Cozen O'Connor<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, Nevada 89169<br>Ph. (702) 470-2330; fax (702) 470-2370<br>Email: koriley@cozen.com<br>Attorneys for Defendant Sayers Construction, LLC<br><br>**Dated: April 11, 2022** | **THE FAUX LAW GROUP**<br><br>By */s/ Kurt C. Faux*<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Philadelphia Indemnity Insurance Company<br><br>**Dated: April 11, 2022**<br><br>**CLARK HILL PLLC**<br><br>By */s/ Creighton Sebra*<br>D. Creighton Sebra, Esq (pro hac vice)<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, California 90017<br>Ph. (213) 891-9100; fax (213) 488-1178<br>Email: CSebra@ClarkHill.com<br><br>Bert Wuester Jr., Esq. (NSBN 5556)<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>PH. (702) 862-8300; fax (702) 862-8400<br>Email: bwuester@clarkhill.com<br>Attorneys for Use-Plaintiff<br><br>**Dated: April 11, 2022** |

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:  April 12, 2022**

4