KARL O. RILEY
Nevada Bar No. 12077
COZEN O'CONNOR
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, NV 89169
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: koriley@cozen.com

CASEY GRIFFITH
Texas Bar No. 24036687 (Admitted *Pro Hac Vice*)
MICHAEL BARBEE
Texas Bar No. 24082656 (Admitted *Pro Hac Vice*)
MAEGHAN WHITEHEAD
Texas Bar No. 24075270 (Admitted *Pro Hac Vice*)
GRIFFITH BARBEE PLLC
One Arts Plaza
1722 Routh Street, Suite 710
Dallas, TX 75201
Telephone: 214-446-6020
Facsimile: 214-446-6021
Email: casey.griffith@griffithbarbee.com
Email: michael.barbee@griffithbarbee.com
Email: maeghan.whitehead@griffithbarbee.com

Attorneys for Defendant and Counterclaim-
Plaintiff Sayers Construction, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of Benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company PHILADELPHIA INDEMNITY INSURANCE COMPANY, a PENNSYLVANIA corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>Defendants. | Case No.: 2:19-cv-1602-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR *JOINT PRETRIAL ORDER*<br>(Second Request)** |

Use-Plaintiff, Source Helicopters, Division of Rogers Helicopters, Inc. ("Plaintiff" or "Rogers"), and Defendants, Sayers Construction, LLC ("Sayers") and Philadelphia Indemnity Insurance Company ("PIIC"), by and through their attorneys, hereby stipulate and request the Court extend the parties' deadline to file the Joint Pretrial Order. In support of this stipulation and request, the following is provided, pursuant to LR IA 6-1:

The deadline for filing the Joint Pretrial Order in this action is currently set for Wednesday, May 11, 2022. On April 11, 2022, the parties filed a stipulation to extend the pretrial order deadline from April 13, 2022, to May 11, 2022 [Dkt. #94], which the Court granted [Dkt. #95]. On the same day, Philadelphia filed its Motion for Reconsideration and Clarification of the Court's Order on the parties' cross motions for summary judgment [Dkt. #93]. Rogers filed its response to Philadelphia's Motion for Reconsideration on April 25, 2022 [Dkt. #96], and the deadline for Philadelphia's reply is May 2, 2022.

On April 25, 2022, Rogers filed its own Motion for Reconsideration and for Clarification of the Court's Order [Dkt. #97]. Sayers's deadline to respond to Rogers's Motion for Reconsideration is May 9, 2022.

The briefing schedule for these motions for reconsideration have and will take away time from the adequate preparation of the Joint Pretrial Order. Moreover, the Court's decisions on the motions for reconsideration could greatly alter the scope of the issues to be addressed in the Joint Pretrial Order.

In consideration of the above, the parties submit good cause is present for their request for an extension of the current deadline for the Joint Pretrial Order. The parties propose the current May 11, 2022 deadline for filing the Joint Pretrial Order shall be extended to **twenty-one (21) days following the Court's decision on Rogers's and Philadelphia's motions for reconsideration.**[1]

---

[1] If the Court submits separate rulings on the motions for reconsideration on different days, the deadline for filing the Joint Pretrial Order will be twenty-one days following the latter ruling.

2

| **GRIFFITH BARBEE, PLLC**<br><br>By */s/ Maeghan Whitehead*<br>Casey Griffith, Esq. (pro hac vice)<br>Michael Barbee, Esq. (pro hac vice)<br>Maeghan Whitehead, Esq. (pro hac vice)<br>Dallas Flick, Esq. (pro hac vice pending)<br>One Arts Plaza<br>1722 Routh Street, Suite 710<br>Dallas, Texas 75201<br>Ph. (214) 446-6020; fax (214) 446-6021<br>Email: casey.griffith@griffithbarbee.com<br>Email: Michael.barbee@griffithbarbee.com<br>Email: maeghan.whitehead@grffithbarbee.com<br>Email: dallas.flick@griffithbarbee.com<br><br>Karl O. Riley (NSBN 12077)<br>Cozen O'Connor<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, Nevada 89169<br>Ph. (702) 470-2330; fax (702) 470-2370<br>Email: koriley@cozen.com<br>Attorneys for Defendant Sayers Construction, LLC<br><br>**Dated: May 2, 2022** | **THE FAUX LAW GROUP**<br><br>By */s/ Kurt C. Faux*<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Philadelphia Indemnity Insurance Company<br><br>**Dated: May 2, 2022**<br><br>**CLARK HILL PLLC**<br><br>By */s/ Creighton Sebra*<br>D. Creighton Sebra, Esq (pro hac vice)<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, California 90017<br>Ph. (213) 891-9100; fax (213) 488-1178<br>Email: CSebra@ClarkHill.com<br><br>Bert Wuester Jr., Esq. (NSBN 5556)<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>PH. (702) 862-8300; fax (702) 862-8400<br>Email: bwuester@clarkhill.com<br>Attorneys for Use-Plaintiff<br><br>**Dated: May 2, 2022** |
|---|---|

**IT IS SO ORDERED:**

_____
**U.S. MAGISTRATE JUDGE**

**DATED:  May 3, 2022**

3