**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SOURCE HELICOPERTS, DIVISION OF ROGERS HELICOTERS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company, PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>Defendants. | Case No.: 2:19-cv-01602-JCM-EJY<br><br>**ORDER** |

Pending before the Court is the Motion for Withdrawal of Attorneys Casey Griffith and Michael Barbee. ECF No. 118. No timely response to the Motion was filed. The Court finds good cause for the Motion as stated therein and this matter will not be delayed by granting the Motion as there is nothing pending and the trial date is approximately nine months away.

Accordingly, IT IS HEREBY ORDERED that the Motion for Withdrawal of Attorneys Casey Griffith and Michael Barbee (ECF No. 118) is GRANTED.

Dated this 26th day of October, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE