KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
*Attorneys for Philadelphia Indemnity Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of Benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO. 2:19-cv-01602-JCM-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br>**(FIRST REQUEST)** |

Use-Plaintiff, Source Helicopters, Division of Rogers Helicopters, Inc. ("Rogers"); Defendant/Counterclaimant, Sayers Construction, LLC ("Sayers"); and Defendant Philadelphia Indemnity Insurance Company ("PIIC"), by and through their attorneys, hereby stipulate and request the Court to continue the trial currently set on the July 10-11, 2023 trial stack to December 2023.

Sayers petitioned for Chapter 7 bankruptcy on December 16, 2022 in Case No. 22-10838 in the United States Bankruptcy Court for the Western District of Texas, Austin Division ("Bankruptcy Case"). (ECF No. 133).

On March 16, 2023, a day-long mediation was conducted with Magistrate Judge Elayna J. Youchah. (ECF No. 132; ECF No. 134).

1  As a result of the mediation, Rogers and PIIC agreed upon settlement terms between them. However, the Trustee of the Bankruptcy Case has not agreed to dismiss Sayers' counterclaim against Rogers. The Trustee's refusal to dismiss Sayers' counterclaim has thus far prevented this case from being fully resolved and dismissed.

To assist in working toward final settlement and finding an ongoing desire to reach resolution of this case, Magistrate Judge Youchah conducted subsequent follow-up status conferences and discussions held on April 14, 2023 (ECF No. 135); May 15, 2023 (ECF No.136); and June 2, 2023 (ECF No. 138).  During these time frames substantial efforts have been made by Rogers and PIIC to address the Trustee's refusal to dismiss Sayers' counterclaim against Rogers.

As a result of the June 2, 2023 status conference, the Court held: "The parties continue to make substantial efforts to reach a settlement. There is an ongoing desire to reach a resolution of this case. For this reason, the Court sets another zoom conference call." (ECF No. 138).  The next status conference is set for August 3, 2023. *Id.*

On June 1, 2023, United States District Judge James C. Mahan issued a minute order requiring lead trial counsel to appear on June 21, 2023 for a Master Trial Calendar Scheduling Conference with United States District Judge Jennifer A. Dorsey for all cases on the July 10 and July 11 trial stack. (ECF No. 137).  This minute order states that stipulations to continue matters on this stack must be filed no later than noon on June 14, 2023.  This stipulation complies with Judge Mahan's minute order.

Pursuant to LR IA 6-1, the Parties stipulate to the continuance of the trial given the settlement status and ongoing settlement discussions as described above.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

Given the ongoing efforts of the Parties to reach a resolution in this matter, the Parties respectfully submit good cause is present for their request for a continuance of the trial to December 2023.

| CLARK HILL PLLC | THE FAUX LAW GROUP |
|---|---|
| By: */s/ D. Creighton Sebra*<br>D. Creighton Sebra, Esq (pro hac vice)<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, California 90017<br>Ph. (213) 891-9100; fax (213) 488-1178<br>Email: CSebra@ClarkHill.com<br><br>Bert Wuester Jr., Esq. (NSBN 5556)<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>PH. (702) 862-8300; fax (702) 862-8400<br>Email: bwuester@clarkhill.com<br>Attorneys for Use-Plaintiff<br><br>**Dated:** June 8, 2023 | By: */s/ Kurt C. Faux*<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Philadelphia Indemnity Insurance Company<br><br>**Dated:** June 7, 2023 |

| O'REILLY LAW GROUP | COZEN O'CONNOR |
|---|---|
| *Will not sign to avoid any accusation of violation of any stay imposed by the Bankruptcy Case* | By:  /s/ Karl O. Riley<br>Karl O. Riley (NSBN 12077)<br>3753 Howard Hughes Pkwy, Ste. 200<br>Las Vegas, Nevada 89169<br>Ph. (702) 470-2330; fax (702) 470-2370<br>Email: koriley@cozen.com |
| By: _____<br>Timothy R. O'Reilly, Esq.<br>Nevada Bar No. 8866<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-2500<br>Facsimile: (702) 384-6266<br>E-Mail: efile@oreillylawgroup.com | Attorneys for Defendant and Counter-Claim Plaintiff Sayers Construction, LLC |
| Attorneys for ROBERT BERLETH, court appointed Receiver over SAYERS CONSTRUCTION, LLC<br><br>**Dated:** | **Dated:** June 7, 2023 |

IT IS HEREBY ORDERED that the trial currently set for July 10, 2023, at 9:00 a.m. is continued to December 4, 2023 at 9:00 a.m.  IT IS FURTHER ORDERED that the calendar call currently set for July 5, 2023, at 1:30 p.m. is continued to November 29, 2023 at 1:30 p.m.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** June 9, 2023