KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
2625 North Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
*Attorneys for Philadelphia Indemnity Insurance Company*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use of Benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>SAYERS CONSTRUCTION, LLC, a Texas limited liability company; PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania Corporation; and DOES I-V and ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO.  2:19-cv-01602-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PHILADELPHIA INDEMNITY INSURANCE COMPANY WITH PREJUDICE** |

Use-Plaintiff, Source Helicopters, Division of Rogers Helicopters, Inc. ("Rogers") and Defendant Philadelphia Indemnity Insurance Company ("PIIC"), entered into a settlement agreement and mutual release. As a condition to the settlement agreement, Rogers and PIIC agreed to stipulate to dismiss Rogers' Complaint against PIIC.  Rogers and PIIC by and through their attorneys, and pursuant to Fed.R.Civ.P. 41(a)(2), hereby stipulate that Rogers' claims against PIIC are dismissed with prejudice.  Rogers and PIIC will bear their own attorneys' fees and costs as to each other but reserve and do not waive all their rights and remedies to recover attorneys' fees and costs from any other person or entity.

Due to Rogers' dismissal of PIIC, PIIC and Sayers request that the calendar call set for November 29, 2023, and the trial set for December 4, 2023 be vacated.

Sayers Construction, LLC, ("Sayers") is not included in this stipulation as Sayers petitioned for Chapter 7 bankruptcy on December 16, 2022 in Case No. 22-10838 in the United States Bankruptcy Court for the Western District of Texas, Austin Division ("Bankruptcy Case"). (ECF No. 133).

| CLARK HILL PLLC | THE FAUX LAW GROUP |
|---|---|
| By: */s/ D. Creighton Sebra* <br> D. Creighton Sebra, Esq (pro hac vice) <br> 1055 West Seventh Street, 24th Floor <br> Los Angeles, California 90017 <br> Ph. (213) 891-9100; fax (213) 488-1178 <br> Email: CSebra@ClarkHill.com <br><br> Bert Wuester Jr., Esq. (NSBN 5556) <br> CLARK HILL PLLC <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, Nevada 89169 <br> PH. (702) 862-8300; fax (702) 862-8400 <br> Email: bwuester@clarkhill.com <br> Attorneys for Use-Plaintiff <br><br> **Dated:** July 25, 2023 | By: */s/ Kurt C. Faux* <br> Kurt C. Faux, Esq. (NSBN 3407) <br> Willi H. Siepmann, Esq. (NSBN 2478) <br> Jordan F. Faux, Esq. (NSBN 12205) <br> 2625 North Green Valley Parkway, #100 <br> Henderson, Nevada 89014 <br> Ph. (702) 458-5790; Fax: (702) 458-5794 <br> Email: kfaux@fauxlaw.com <br> Attorneys for Philadelphia Indemnity Insurance Company <br><br> **Dated:** July 25, 2023 |

**IT IS SO ORDERED** July 27, 2023.

_____
UNITED STATES DISTRICT JUDGE