UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of SOURCE HELICOPTERS, DIVISION OF ROGERS HELICOPTERS, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>SAYERS CONSTRUCTION, LLC,<br><br>Defendant(s). | Case No.2:19-CV-1602 JCM (EJY)<br><br>ORDER |

Presently before the court is plaintiff Source Helicopters, Division of Rogers Helicopters, Inc. ("Rogers")'s motion to continue trial. (ECF No. 147). Defendant Sayers Construction, LLC ("Sayers") did not file a response to Rogers' motion.

Trial for this case is scheduled for July 1, 2024, preceded by calendar call on June 26, 2024. (*Id.* at 1). Rogers represents that the parties had agreed to dismiss the matter, with both parties waiving attorney's fees and costs. (*Id.* at 1-2). Rogers also reached out to Sayers regarding the status of Sayers' pending bankruptcy case, but it has yet to receive communication from Sayers on this matter. (*Id.* at 2).

Based on its prior conversations with counsel for Sayers, counsel for Rogers believes the instant motion is uncontested. (*Id.*). Moreover, the fourteen-day window for Sayers to respond to the motion has expired. Given Sayers' failure to communicate with Rogers, it is not feasible for

the parties to be prepared for trial by July 1, 2024.  Thus, there is good cause to grant the instant motion.

Accordingly,

IT IS HEREBY ORDERED that plaintiff Source Helicopters, Division of Rogers Helicopters, Inc.'s motion to continue trial (ECF No. 147) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the parties shall submit a joint status report by July 9, 2024.

DATED June 21, 2024.

_____
UNITED STATES DISTRICT JUDGE