1  D. Creighton Sebra, Esq. (admitted pro hac vice)
   CLARK HILL PLLC
2  1055 West Seventh Street, 24th Floor
   Los Angeles, California 90017
3  Ph. (213) 891-9100; fax (213) 488-1178
4  Email: CSebra@ClarkHill.com

5  Bert Wuester Jr., Esq. (NSBN 5556)
6  CLARK HILL, PLLC
   3800 Howard Hughes Parkway, Suite 500
7  Las Vegas, Nevada 89169
   Ph. (702) 862-8300; fax (702) 862-8400
8  Email: bwuester@clarkhill.com
9  Attorneys for Use-Plaintiff

10              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
11

12 | UNITED STATES OF AMERICA, For the Use
   | and Benefit of SOURCE HELICOPTERS,          Case No. **2:19-CV-01602-JCM-EJY**
13 | DIVISION OF ROGERS HELICOPTERS,
   | INC., a California corporation,
14 |                                             **STIPULATION AND ORDER FOR**
   |                                             **DISMISSAL OF ALL CLAIMS BETWEEN**
15 |          Plaintiff,                         **USE-PLAINTIFF AND SAYERS**
   |                                             **CONSTRUCTION, LLC, WITH**
16 |          vs.                                **PREJUDICE**
17 |
   | SAYERS CONSTRUCTION, LLC, a Texas
18 | limited liability company PHILADELPHIA
   | INDEMNITY INSURANCE COMPANY, a
19 | PENNSYLVANIA corporation; and DOES I-V
   | and ROE CORPORATIONS I-V,
20 |
21 |          Defendants.

22       Use-Plaintiff, Source Helicopters, Division of Rogers Helicopters, Inc. (herein after

23 "Use-Plaintiff," "Rogers Helicopters," or "Rogers"), by and through its attorneys, and Sayers

24 Construction, LLC, ("Defendant" or "Sayers"), by and through its attorneys, hereby stipulate and

25 agree, pursuant to Fed.R.Civ.P. 41(a)(2), that Rogers' claims against Sayers and Sayers' claims

26 against Rogers are dismissed with prejudice. Rogers and Sayers will bear their own attorneys'

27

28                            Page  1  of  3

fees and costs as to each other.

It is noted that Defendant, Philadelphia Indemnity Insurance Company ("PIIC"), is not included in this Stipulation and Order because it was earlier dismissed with prejudice via the *Stipulation and Order to Dismiss Philadelphia Indemnity Insurance Company With Prejudice* filed on July 27, 2023 (doc. 142)

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

        Due to the dismissal with prejudice of Rogers' claims against Sayers and Sayers' claims against Rogers via this Stipulation and Order, Rogers and Sayers also request that the requirement to file a joint status report by July 9, 2024, be vacated. See Order filed June 21, 2024, at 2:7-8 (doc. 148).

| CLARK HILL PLLC | COZEN O'CONNOR |
|---|---|
| By: /s/ Bert Wuester Jr., Esq.<br>D. Creighton Sebra, Esq (pro hac vice)<br>1055 West Seventh Street, 24th Floor<br>Los Angeles, California 90017<br>Ph. (213) 891-9100; fax (213) 488-1178<br>Email: CSebra@ClarkHill.com<br><br>Bert Wuester Jr., Esq. (NSBN 5556)<br>CLARK HILL PLLC<br>1700 S. Pavilion Center Drive, Suite 500<br>Las Vegas, Nevada 89135<br>PH. (702) 862-8300; fax (702) 862-8400<br>Email: bwuester@clarkhill.com<br>Attorneys for Use-Plaintiff | By: /s/ Karl O. Riley, Esq.<br>Karl O. Riley, Esq. (NSBN 12077)<br>500 N. Rainbow Blvd., Suite 300<br>Las Vegas, NV 89107<br>Ph. (702) 470-2314; fax (702) 470-2351<br>Email: KORiley@cozen.com<br>Attorneys for Sayers Construction, LLC |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

*James C. Mahan*

DATED: _ July 3, 2024

ClarkHill\J1161\390788\277595028.v2-6/25/24